[No. 5550–7–III.  Division Three.  July 24, 1984.]

RANDOL L. LISTER, *Appellant*, v. OLIN, INC.,
*Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01921–2, Harold D. Clarke, J., entered December 10, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5577–9–III.  Division Three.  July 24, 1984.]

INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, LOCAL
No. 469, *Appellant*, v. THE PUBLIC EMPLOYMENT
RELATIONS COMMISSION, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–01939–0, Lloyd L. Wiehl, J. Pro Tem., entered December 21, 1982. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and McInturff, J. Now published at 38 Wn. App. 572.

[No. 5549–3–III.  Division Three.  July 24, 1984.]

DONALD R. NEW, *Appellant*, v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–2–00280–6, John J. Lally, J., entered November 24, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.